BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Defendant
CARISSA ELAINE COOPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:16 CR 00063 LJO SKO |
| Plaintiff, | ) ) | WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AND ORDER |
| vs. | ) ) | |
| CARISSA ELAINE COOPER, | ) ) | |
| Defendant | ) ) ) | |

The undersigned defendant, Carissa Elaine Cooper, having been advised of her right to be present at all stages of proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present in person in open court upon the hearing of any motion or other pre-trial proceeding in this case, including any status conference, motions hearing, trial confirmation, and/or when a continuance is ordered, hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver, and allow her attorney to represent her interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of her appearance at said time and place.  This request is made pursuant to Fed.R.Crim.P.43(b)(3).

I declare under penalty of perjury that the foregoing is true and correct

Executed this 3rd day of June, 2016

/s/ Carissa Elaine Cooper
CARISSA ELAINE COOPER

AGREED BY COUNSEL:

DATED: May 3, 2016        Barbara Hope O'Neill
                          BARBARA HOPE O'NEILL
                          Attorney for Defendant,
                          CARISSA ELAINE COOPER

**ORDER**

IT IS SO ORDERED.

Dated:   **May 3, 2016**                **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE

2