BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655

Attorney for Carissa Cooper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE No. 1:16 CR 00063 LJO |
| | ) | |
| | ) | ORDER TO RECALL WARRANT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Court: Hon. Lawrence J. O'Neill |
| Carissa ELAINE Cooper, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has been informed by Pretrial Services that the warrant issued on April 26, 2017 may be recalled due to her return to compliance with conditions of release, and the defendant's actions in taking the appropriate steps toward admissions to residential treatment.

Counsel has also be informed that and order should be prepared for the Court to sign.

DATED:     May 25, 2017

                                             Respectfully submitted,


                                         s/s Barbara Hope O'Neill          .
                                         BARBARA HOPE O'NEILL,
                                         Attorney for Carissa Elaine Cooper

**ORDER**

IT IS ORDERED that the warrant issued for the defendant on April 28, 2017 be recalled.

IT IS SO ORDERED.

    Dated: __**May 25, 2017**__              __/s/ Lawrence J. O'Neill__

                                                         UNITED STATES CHIEF DISTRICT JUDGE