IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CARISSA ELAINE COOPER <br> Defendant. | Case No.: 1:16-cr-00063-002 LJO <br> ORDER OF RELEASE |

IT IS HEREBY ORDERED that defendant Carissa Elaine Cooper shall be released to Marcos Avelino, from the Fresno County Jail on Wednesday, November 15, 2017, at 9:00am will then transport Carissa Elaine Cooper directly to the Seattle Union Gospel Mission Hope Place in Seattle, WA to be admitted and to complete the residential program.

IT IS SO ORDERED.

Dated: **November 15, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE