

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
FEB 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Carissa Elaine Cooper | Case No. 1:16CR00063-LJO-SKO-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Carissa Elaine Cooper__, have discussed with __Zaren Craddock__, Pretrial Services Officer, modifications of my release conditions as follows:

The third party custodian, Bonita Lea Cooper, is removed; and,

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_    2/8/2018      _[signature]_    2/8/18
Signature of Defendant    Date            Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                          2/26/18
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Barbara Hope O'Neill                    2.26.2018
Signature of Defense Counsel                Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   2/26/18
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                             2/26/18
Signature of Judicial Officer                Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services