1  Barbara Hope O'Neill  #102968
   Attorney at Law
2  Post Office Box 11825
   Fresno, California 93775
3  Telephone:  (559) 459-0655
   Fax:  (559) 459-0656
4  Email:  tajfalaw@yahoo.com
   Attorney for Carissa Elaine Cooper

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE No: 1:16-CR-00063-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND ORDER |
| v. | |
| Carissa Elaine Cooper, | DATE: September 4, 2018 |
| Defendant. | TIME: 8:30 AM |
| | Hon. Lawrence J. O'Neill |

Defendant by and through her counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. This matter was set for a status hearing on Tuesday. September 4, 2018 at 8:30 a.m.

2. By this stipulation, the parties now move to continue the status hearing date to October 8, 2018 at 8:30 a.m.

3. The parties agree and stipulate and request that the court grant the continuance per the request of the court.

//

//

//

1

.
DATED: August 27, 2018				Respectfully submitted,


						/s/Barbara Hope O'Neill
						BARBARA HOPE O'NEILL
						Attorney for Carissa Elaine Cooper


DATED: August 27, 2018				/s/Brian Delaney
						BRIAN DELANEY
						Assistant United States Attorney


## ORDER

A stipulation does not establish the needed good cause. Without reasons, there is not Good cause. DENIED.

IT IS SO ORDERED.

   Dated: __**August 29, 2018**__			_____/s/ Lawrence J. O'Neill_____
						UNITED STATES CHIEF DISTRICT JUDGE