# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00063-LJO-SKO |
| Plaintiff, | ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY |
| v. | |
| CARISSA ELAINE COOPER, | **FOURTEEN DAY DEADLINE** |
| Defendant. | |

A detention hearing as to Defendant Carissa Elaine Cooper was held on April 18, 2016. (ECF No. 8.) Defendant was ordered released with conditions, including a $5,000 cash bond. (ECF No. 14.) On April 29, 2026, Bonnie Cooper posted a cash bond in the amount of $2,000 (Receipt # CAE100032342). The Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 15 at 2.)

On April 24, 2017, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement. (ECF Nos. 29, 32.) On September 30, 2019, Defendant was sentenced to a term of probation. (ECF Nos. 80, 81.)

The Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $5,000 appearance bond should not be released to the surety. If the Government does not respond to this show cause order in writing, that lack of response

1

will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file.

IT IS SO ORDERED.

Dated: **July 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge