# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00063-LJO-SKO-2 |
|---|---|
| Plaintiff, | **AMENDED** ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY |
| v. | |
| CARISSA ELAINE COOPER, | **SEVEN DAY DEADLINE** |
| Defendant. | |

A detention hearing as to Defendant Carissa Elaine Cooper was held on April 18, 2016. (ECF No. 8.)  Defendant was ordered released with conditions, including a $5,000 cash bond. (ECF No. 14.)  On April 29, 2026, Bonnie Cooper posted a cash bond in the amount of **$5,000** (Receipt # CAE100032342).  The Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 15 at 2.)

On April 24, 2017, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement. (ECF Nos. 29, 32.)  On September 30, 2019, Defendant was sentenced to a term of probation. (ECF Nos. 80, 81.)

The Court shall order the Government to show cause in writing withing **seven (7) days** of entry of this order why the $5,000 appearance bond should not be released to the surety.  If the Government does not respond to this show cause order in writing, that lack of response will be

construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file.

      The Clerk of Court is DIRECTED to serve this order on Lynn Ernce of the U.S. Attorney's Office.

IT IS SO ORDERED.

Dated: **July 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge