# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARISSA ELAINE COOPER,<br><br>Defendant. | Case No.  1:16-cr-00063-LJO-SKO<br><br>ORDER EXONERATING BOND; DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |

A detention hearing as to Defendant Carissa Elaine Cooper was held on April 18, 2016. (ECF No. 8.)  Defendant was ordered released with conditions, including a $5,000 cash bond. (ECF No. 14.)  On April 29, 2026, Bonnie Cooper posted a cash bond in the amount of $5,000 (Receipt # CAE100032342).  The Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (ECF No. 15 at 2.)

On April 24, 2017, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement.  (ECF Nos. 29, 31.)  On September 30, 2019, Defendant was sentenced to a term of probation.  (ECF Nos. 80, 81.)

On July 31, 2025, the Court ordered the Government to show cause in writing within seven days why the bond should not be released to the surety.  (ECF No. 85.)  On August 1, 2025, the Government filed a response stating that it does not oppose the release of the $5,000

bond to the surety.  (ECF No. 86.)

The Court finds that Defendant has complied with the conditions of her bond and that no conditions remain to be satisfied.

Accordingly, IT IS ORDERED THAT the $5,000 appearance bond posted by Bonnie Cooper on behalf of Carissa Elaine Cooper is exonerated. The Clerk of Court is DIRECTED to serve a copy of this order on the surety and return the $5,000 cash bond to the address on record.

IT IS SO ORDERED.

Dated:   **August 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge